**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

**JAN 13 1998**

FOR THE TENTH CIRCUIT

**PATRICK FISHER**
**Clerk**

In re:  ALBERT TROY HATCHER
and JANIS D. HATCHER,

Debtors,

WILLIAM J. WADE, Trustee,

Appellant,

v.

ALBERT TROY HATCHER and
JANIS D. HATCHER,

Appellees.

No.  97-7065
(D.C. No. 96-71607)
(E.D. Okla.)
(BAP No. 96-43)

ORDER AND JUDGMENT  *

Before PORFILIO, KELLY, and HENRY, Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

---

*      This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel.  The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

this appeal.  <u>See</u> Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9.  The case is therefore ordered submitted without oral argument.

Appellant William J. Wade, trustee for creditor Mid State Trust II, appeals from an adverse decision of the United States Bankruptcy Appellate Panel of the Tenth Circuit, which affirmed the disallowance of Wade's claim for post-petition attorney fees and dismissed Wade's premature appeal regarding his objections to debtors' unconfirmed Chapter 13 reorganization plan.    <u>See  Wade v. Hatcher (In re Hatcher)</u>, 208 B.R. 959 (B.A.P. 10th Cir. 1997).  Upon review of the parties' submissions, we affirm for substantially the reasons stated in the thorough and thoughtful opinion issued by the Bankruptcy Appellate Panel.

The judgment is AFFIRMED.

Entered for the Court


John C. Porfilio
Circuit Judge